IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| LARRY ROBERTS,[1] | § No. 389, 2018 |
| | § |
| Petitioner Below, | § Court Below—Family Court |
| Appellant, | § of the State of Delaware |
| | § |
| v. | § File No. CN07-02922 |
| | § Petition Nos. 17-35828 |
| KASSIE ROBERTS, | § 17-35905 |
| | § |
| Respondent Below, Appellee. | § |

Submitted: April 12, 2019
Decided: May 21, 2019

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

Upon consideration of the parties' briefs and the record on appeal, the Court has concluded that the judgment of the Family Court should be affirmed for the reasons stated in its June 27, 2018 decision denying the appellant's motion to modify visitation with his child (born January 11, 2002). A parent's right to visitation is "an important, natural and legal right; however, it is not an absolute right but one which must yield to the good of the child."[2] The Family Court did not abuse its discretion by concluding that the best interest factors set forth in 13 *Del. C.* § 722(a) weighed

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).
[2] *Winter v. Charles*, 1992 WL 53404 (Del. Feb. 3, 1992) (internal quotations omitted).

in favor of maintaining the visitation arrangement set forth in the court's August 1, 2016 order, nor by giving great weight to the wishes of the sixteen-year-old child concerning visitation with her father.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice